1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7
8    AL BAKER                              )    Case #_____
                                          )
9              Plaintiff,                 )
                                          )    **VERIFIED PETITION FOR**
10       vs.                              )    **PERMISSION TO PRACTICE**
                                          )    **IN THIS CASE ONLY BY**
11                                        )    **ATTORNEY NOT ADMITTED**
                                          )    **TO THE BAR OF THIS COURT**
12   ALLEN BIAGGI, et al.,                )    **AND DESIGNATION OF**
                                          )    **LOCAL COUNSEL**
13                                        )
               Defendant(s).             )    EFFECTIVE JUNE 1, 2004
14                                        )    FILING FEE IS $175.00

15
16   _____James M. Manley_____, Petitioner, respectfully represents to the Court:

17
18       1.    That Petitioner resides at _____Boulder_____.
                                                          (city)
19       _____Boulder_____ , _____Colorado_____
20        (county)                    (state)

21
22       2.    That Petitioner is an attorney at law and a member of the law firm of
23   _____Mountain States Legal Foundation_____ with offices at
24   _____2596 S. Lewis Way_____,
                              (street address)
25   _____Lakewood_____              _____80227_____    _____(303) 292-2021_____
          (city)                        (zip code)          (area code + telephone number)
26   _____jmanley@mountainstateslegal.com_____
27        *(Email address)*

28

3.    That Petitioner has been retained personally or as a member of the law firm by

AL BAKER _____ to provide legal representation in connection with
_____[client(s)]_____

the above-entitled case now pending before this Court.

4.    That since _____ October 27, 2008 _____, Petitioner has been and presently is a member
                         (date)

in good standing of the bar of the highest Court of the State of_____ Colorado _____
                                                    (state)

where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Colorado Supreme Court | October 27, 2008 | 40327 |
| United States District Court, District of Colorado | February 24, 2009 | |
| United States Court of Appeals for the Ninth Circuit | February 19, 2009 | |
| United States Court of Appeals for the Tenth Circuit | February 25, 2009 | |
| | | |
| | | |
| | | |
| | | |

6.    That there are or have been no disciplinary proceedings instituted against Petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

2

7.     Has Petitioner ever been denied admission to the State Bar of Nevada?.  (If yes, give particulars of every denied admission):

> No.

8.     That Petitioner is a member of good standing in the following Bar Associations:

> Colorado Bar Association; Boulder County Bar Association.

9.     Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                               _____
                                                                        Petitioner's Signature

5

6   STATE OF _Colorado_ )

7   COUNTY OF _Jefferson_ )

8

9   _James M. Manley_, Petitioner, being first duly sworn, deposes and says:

10  That the foregoing statements are true.

11                                                              _____
                                                                        Petitioner's Signature

12

13  Subscribed and sworn to before me this

14  _7th_ day of _July_, _2010_.

15  _____
         Notary public or Clerk of Court

16

17

18                  **DESIGNATION OF RESIDENT ATTORNEY**
                    **ADMITTED TO THE BAR OF THIS COURT**
19                          **AND CONSENT THERETO.**

20

21      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate _____Robert M. Salyer_____,
22
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the
23
    above-entitled Court as associate residence counsel in this action.  The address of said designated
24
    Nevada counsel is:
25

26  442 Court Street
    Elko, Nevada 89801
27  (775) 738-7271

28                  (Street, City, State, Zip Code and Telephone No.)

4

1

2      By this designation the Petitioner and undersigned party(ies) agree that this designation

3  constitutes agreement and authorization for the designated resident admitted counsel to sign

4  stipulations binding on all of us.

5

6          **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

7

8      The undersigned party(ies) appoints _____ Robert M. Salyer _____ as

9  his/her/their Designated Resident Nevada Counsel in this case.

10

11     _____

12     (Party signature)

13     _____

14     (Party signature)

15     _____

16     (Party signature)

16          **CONSENT OF DESIGNEE**

17

18

19     The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

20

21     _____

21     Designated Resident Nevada Counsel's Signature      Bar number

22

23  APPROVED:

24  Dated: this _____ day of _____, 20___.

25

26  _____

27  UNITED STATES DISTRICT JUDGE

28

                                   5                        Rev 07,06