AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Al Christopher Baker <br> *Plaintiff* <br> v. <br> Allen Biaggi, David K. Morrow, Allen Newberry, Eric Johnson, and Andrew Bass <br> *Defendant* | Civil Action No. 3:10-cv-00426-ECR-RAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew Bass
Park Supervisor I
Wild Horse State Recreation Area
HC 31, Box 265
Elko, Nevada 89801

CIVIL RECEIVED
JUL 19 2010
ELKO COUNTY SHERIFF'S DEPARTMENT
CIVIL #_____

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Manley, Esq.
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson                                                                 07/14/2010

Clerk                                                                                         Date



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Andrew Bass**
was received by me on *(date)* **July 19, 2010**

☑ I personally served the summons on the individual at *(place)* **ECSO. 775 W. Silver St. Elko NV** on *(date)* **July 22, 10**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7/28/10**

Server's signature: **D. Kostelecky Wheeler**

Printed name and title: **Dorene Kostelecky Wheeler, Civil Dept.**

Server's address: **775 W. Silver St. Elko NV 89801**

Additional information regarding attempted service, etc: