AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Al Christopher Baker | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:10-cv-00426-ECR-RAM |
| Allen Biaggi, David K. Morrow, Allen Newberry, Eric Johnson, and Andrew Bass | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eric Johnson
Nevada State Parks Fallon Region Regional Manager
Northern Region Office
16799 Lahontan Dam
Fallon, Nevada 89406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Manley, Esq.
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson                                                                                     07/14/2010

*/s/ Lance S. Wilson*

Clerk                                                                                               Date

State of Nevada
Churchill County
Sheriff's Office
FALLON, NV 89406

Process Number: P10-1608              Court Number: 310CV00426

I, Richard Ingram, Sheriff of Churchill County do hereby certify that I received the within and foregoing Summons and Complaint, Motion on 19th day of July, 2010, and that I served the same on:

ERIC  JOHNSON                                              (Defendant      )
16799 LAHONTAN DAM RD; COUNTY
Fallon, NV  89406
Served on: 23rd day of August, 2010 at 16:57:00         by B Lofthouse
Served to: Eric Johnson                                  ()
           73 n. maine st.
           Fallon, NV  89406

Returned on the 24th day of August, 2010

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 24th day of August, 2010

Fees:
  Service:           0.00          Richard Ingram, Sheriff
  Mileage:           0.00          Churchill County, Nevada
  Other  :          33.00
  Total  :          33.00          BY: _____
                                       Authorized Representative