AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| Al Christopher Baker | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 3:10-cv-00426-ECR-RAM |
| Leo Drozdoff, David K. Morrow, Steve Weaver, Eric Johnson, and Andrew Bass | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steve Weaver
Deputy Director of the Nevada State Parks
901 S. Stewart Street
Suite 5005
Carson City, Nevada 89701-5248

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    James M. Manley, Esq.
    Mountain States Legal Foundation
    2596 S. Lewis Way
    Lakewood, CO 80227

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson                           08/27/2010

Clerk                                                Date



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:10-cv-00426-ECR-RAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: Delivered via certified mail on September 2, 2010, to Defendant's agent authorized to receive service of process, pursuant to FRCP 4(e)(1)(c).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: September 13, 2010

*Server's signature*

James Manley, Staff Attorney
*Printed name and title*

Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Clai Cly_  ☒ Agent  ☐ Address<br>B. Received by (Printed Name): Clairssa Aupers   C. Date of Delivery: 9-2-10 |
| 1. Article Addressed to:<br>Kristen Geddes<br>Deputy Attorney General<br>State of Nevada<br>Office of the Atty. Gen.<br>100 North Carson St.<br>Carson City, NV 89701-4717 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0009 2593 5542 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

---

UNITED STATES POSTAL SERVICE — RENO NV 895
02 SEP 2010 PM 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jim Manley
Mountain States Legal Fnd.
2596 South Lewis Way
Lakewood, CO 80227

Baker v. Drozdoff

705