UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| AL BAKER, | ) | 3:10-CV-00426-ECR-RAM |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: September 15, 2010 |
| | ) | |
| LEO DROZDOFF, Acting Director of | ) | |
| the Nevada Department of | ) | |
| Conservation and Natural | ) | |
| Resources, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:      COLLEEN LARSEN      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On September 14, 2010, the parties filed a Stipulated Motion for Preliminary Injunction and to Stay Proceedings (#17).  It is not entirely clear whether the parties desire that the Court enter a preliminary injunction or whether the parties have stipulated that Defendants will be, by virtue of an agreement of the parties, prohibited from enforcing Nevada Administrative Code § 407.105(1)(b)-(c).  If the parties desire that the Court enter a preliminary injunction, they shall within fourteen (14) days, submit an agreed form of the preliminary injunction for the Court to enter.

    The parties shall also indicate the anticipated period of the requested stay of these proceedings, which is sought.  Any stay of the case proceedings should be for a fixed period of time with the possibility of extension by further motions.  The parties in this respect shall file a written stipulation, which indicates the period of time for the stay which they seek.  This shall be done within fourteen (14) days from the date of entry of this order.

                              LANCE S. WILSON, CLERK

                              By _____/s/_____
                                      Deputy Clerk