```
          FILED            RECEIVED
          ENTERED          SERVED ON
                  COUNSEL/PARTIES OF RECORD

              SEP 2 1 2010

          CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
    BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| AL BAKER, | 3:10-CV-00426-ECR-RAM |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATE: September 20, 2010 |
| LEO DROZDOFF, Acting Director of the Nevada Department of Conservation and Natural Resources, et al., | |
| Defendants. | |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN     Reporter:    NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

On September 16, 2010, the Court entered an Order (#18) requiring the parties to submit a form of injunction or stipulation and a statement as to a fixed period of time for the within proceedings to be stayed. At the time the Order (#18) was entered, the Court did not receive a print out of the proposed injunction form, which was attached to the parties' stipulated Motion (#17). This problem was called to the attention of the Court by counsel, and we have been able to print out the said attachment.

**IT IS, THEREFORE, HEREBY ORDERED** our Order (#18) is **VACATED**.

The Court will now enter the proposed preliminary injunction and stay as modified.

LANCE S. WILSON, CLERK

By     /s/
       Deputy Clerk