CATHERINE CORTEZ MASTO
Attorney General
MATTHEW A. DEAL
Deputy Attorney General
Nevada Bar No. 11100
Bureau of Government Affairs
100 North Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1211
Fax: (775) 684-1103
mdeal@ag.nv.gov
*Attorneys for Defendants David Morrow,
Eric Johnson and Andrew Bass*

WILSON BARROWS & SALYER, Ltd.
Robert M. Salyer
Nevada Bar No. 6810
442 Court Street
Elko, Nevada 89801
Tel:  (775) 738-7281
Fax: (7750 738-5041
salyer@wilsonbarrows.com
*Attorneys for Plaintiff*

James M. Manley (*admitted pro hac vice*)
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
Tel:  (303) 292-2021
Fax: (303) 292-1980
jmanley@mountainstateslegal.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AL BAKER, <br><br> Plaintiff, <br><br> vs. <br><br> LEO DROZDOFF, Acting Director of the Nevada Department of Conservation and Natural Resources; DAVID K. MORROW, Administrator of the Nevada State Parks; ALLEN NEWBERRY, Nevada State Parks Chief of Operations and Maintenance; ERIC JOHNSON, Nevada State Parks Fallon Regional Manager; and ANDREW BASS, Park Supervisor I, Wild Horse State Recreation Area, <br><br> Defendants. | Case No.  3:10-cv-00426-ECR-RAM <br><br><br> **SECOND STIPULATED MOTION FOR PRELIMINARY INJUNCTION AND TO STAY PROCEEDINGS** |

Plaintiff Al Baker and Defendants Leo Drozdoff, Acting Director of the Nevada Department of Conservation and Natural Resources, David K. Morrow, Administrator of the Nevada State Parks, Steve Weaver, Deputy Director of the Nevada State Parks, Eric Johnson, Nevada State Parks Fallon Region, Regional Manager, and Andrew Bass, Park Supervisor I, Wild Horse State Recreation Area, by and through their undersigned attorneys, respectfully move the Court for a Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65(a) to prohibit Defendants from enforcing Nevada Administrative Code § 407.105(1)(b)(c) and to stay all deadlines in this case, pending the outcome of an administrative rulemaking to amend the regulations.

## GROUNDS FOR APPLICATION

1. On August 26, 2010, Plaintiff filed an Amended Complaint seeking declaratory and injunctive relief for Defendants' alleged deprivation of Plaintiff's right to keep and bear arms guaranteed by the United States Constitution.

2. Plaintiff's Amended Complaint alleges, *inter alia,* that Defendant's maintenance and enforcement of Nevada Administrative Code § 407.105(1)(b)(c) prohibits the possession and discharge of functional firearms for self-defense in Nevada State Parks in violation of Plaintiff's right to keep and bear arms guaranteed by the Second and Fourteenth Amendments.

3. Defendants filed an Answer to Plaintiff's Amended Complaint on September 10, 2010, denying these allegations.

4. Defendants have initiated the rulemaking process to revise the regulation to include the holding of a public workshop and submitting of draft language to the Legislative Counsel Bureau (LCB).

5. Defendants are currently awaiting approval from LCB before they can schedule a public hearing pursuant to Nevada Revised Statutes § 284 and Nevada Administrative Code § 284 prior to revising the regulation.

///

///

6. This rulemaking may result in changes to Nevada Administrative Code § 407.105 that could cure Defendants' alleged deprivation of the right to keep and bear arms guaranteed by the United States Constitution.

7. In order to conserve judicial resources, the parties desire and hereby stipulate to the entry of a preliminary injunction prohibiting enforcement of Nevada Administrative Code § 407.105(1)(b)(c) by Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them for the anticipated duration of the rulemaking process.

8. The parties agree and stipulate that neither party should be required to post security as a condition of this preliminary injunction.

9. Furthermore, the parties desire and hereby stipulate to stay all deadlines in this case for the anticipated duration of the rulemaking process.

Wherefore, the parties jointly move the Court for entry of a Preliminary Injunction and an Order staying these proceedings in the form submitted.

Respectfully submitted this 21st day of March 2011.

| | |
|---|---|
| CATHERINE CORTEZ MASTO<br>Attorney General | Robert M. Salyer<br>Wilson Barrows & Salyer, Ltd. |
| By: /s/ Matthew A. Deal<br>Matthew A. Deal<br>Deputy Attorney General<br>*Attorneys for Attorneys for Defendants David Morrow, Eric Johnson and Andrew Bass* | By: /s/ James M. Manley<br>James M. Manley<br>Mountain States Legal Foundation<br>*Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 21st day of March 2011, I caused to be served a copy of the foregoing *Second Motion for Preliminary Injunction and to Stay Proceedings,* by CM/ECF to the following:

Robert Salyer
Wilson, Barrow and & Sayler, Ltd.
442 Court Street
Elko, NV 89801
salyer@wilsonbarrows.com

James M. Manley
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
jmanley@mountainstateslegal.com

/s/ Sandra L. Geyer
Sandra L. Geyer, LSII