1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

AL BAKER,                        )        3:10-cv-00426-ECR-RAM
                                 )
        Plaintiff,               )
                                 )
vs.                              )        ORDER GRANTING STIPULATED
                                 )        MOTION FOR PRELIMINARY
LEO DROZDOFF, et al.,            )        INJUNCTION AND TO STAY
                                 )        PROCEEDINGS
        Defendant.               )
_____)

       This matter comes before the Court on the parties Second
Stipulated Motion for Preliminary Injunction and to Stay
Proceedings filed on March 21, 2011 (#21).  The parties seek an
Order preliminarily enjoining enforcement of Nevada Administrative
Code § 407.105(1)(b)-(c), and an Order staying the proceedings in
this case, pending the outcome of an administrative rulemaking to
amend the regulations.  The Court having considered the materials
submitted, and having determined that good cause appears for the
entry of a preliminary injunction and an Order staying the
proceedings in this case, hereby Orders as follows:

       1.   Plaintiff alleges that Defendants' maintenance and
enforcement of Nevada Administrative Code § 407.105(1)(b)-
(c)prohibits the possession and discharge of functional firearms
for self-defense in Nevada State Parks in violation of the right to
keep and bear arms guaranteed by the Second and Fourteenth
Amendments.

2.   Defendants deny these allegations.

3.   More time is needed for rulemaking procedures and hearings to be held.

4.   The parties stipulate to the entry of a preliminary injunction and stay of the proceedings for six (6) months from the date of entry of this Order.

5.   Enforcement of Nevada Administrative Code § 407.105(1)(b)-(c) is hereby preliminarily enjoined.   The Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them are hereby restrained and enjoined from enforcing in any way against any person Nevada Administrative Code § 407.105(1)(b)-(c).

5.   Neither party shall be required to post security as a condition of this preliminary injunction.

5.   All deadlines in this case are hereby stayed until September 30, 2011.   Either party may move to extend or lift the stay upon showing of good cause.


Dated this 29TH day of March 2011.

EDWARD C. REED
Senior United States District Judge