CATHERINE CORTEZ MASTO
Attorney General
KRISTEN R. GEDDES
Deputy Attorney General
Nevada State Bar No. 9027
Division of Government and
 Natural Resources
5420 Kietzke Lane, Suite 202
Reno, Nevada  89511
Telephone:  (775) 688-1818
kgeddes@ag.nv.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AL BAKER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LEO DROZDOFF, Acting Director of the Nevada Department of Conservation and Natural Resources; DAVID K. MORROW, Administrator of the Nevada State Parks; STEVE WEAVER, Deputy Director of the Nevada State Parks; ERIC JOHNSON, Nevada State Parks Fallon Regional Manager; and ANDREW BASS, Park Supervisor I, Wild Horse State Recreation Area,<br><br>　　　　　Defendants. | 3:10-cv-00426-ECR-RAM<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** that effective immediately, the contact information for undersigned counsel for Defendants has changed to:

　　　　　5420 Kietzke Lane, Suite 202
　　　　　Reno, NV 89511
　　　　　Tel: (775) 688-1869, Fax: (775) 688-1822

RESPECTFULLY SUBMITTED this 4th day of August, 2011.

　　　　　　　　　　CATHERINE CORTEZ MASTO
　　　　　　　　　　Attorney General

　　　　　　　　By:　　/s/  Kristen R. Geddes
　　　　　　　　　　KRISTEN R. GEDDES
　　　　　　　　　　Deputy Attorney General

-1-

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of August, 2011, I caused to be served a copy of the foregoing *NOTICE OF CHANGE OF ADDRESS,* by CM/ECF to the following:

Robert Salyer
Wilson, Barrow and & Sayler, Ltd.
442 Court Street
Elko, NV 89801
salyer@wilsonbarrows.com

James M. Manley
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
jmanley@mountainstateslegal.com

        /s/  Kahra Stenberg
An Employee of the Office
of the Attorney General